In the Matter of ARTHUR WARNER, an attorney-at-law.

September 22, 1964. Name of respondent stricken from roll of attorneys-at-law. Opinion reported at 43 *N. J.* 254.

In the Matter of F. CHARLES CERESNAK, an attorney-at-law.

November 2, 1964. Name of respondent stricken from roll of attorneys-at-law. Opinion reported at 43 *N. J.* 324.

In the Matter of J. ROBERT PEACOCK, an attorney-at-law.

November 30, 1964. Name of respondent stricken from roll of attorneys-at-law. Opinion reported at 43 *N. J.* 443.

In the Matter of VICTOR N. BARON, an attorney-at-law.

November 9, 1964. Suspension lifted and respondent restored to practice of law.